IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:13-MJ-1088

FILED IN OPEN COURT
ON 12/11/2013
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | GOVERNMENT'S MOTION |
| v. ) | TO CONTINUE |
| ) | |
| THOMAS R. MILLER ) | |

Pursuant to 18 USC §3161(h)(3)(B) and to Local Rule 47.1, the GOVERNMENT respectfully request that the above-captioned case be continued to the 12 February misdemeanor docket. In support of this motion, the GOVERNMENT sets forth the following.

1. The defendant was absent due to: <u>Mr. Miller is in the process of applying for representation by a Federal Public Defender and needs additional time to seek counsel.</u>

2. This is the second continuance filed by the Government in this matter.

This the 11th day of December, 2013.

Samuel J. Adams
Special Assistant US Attorney
Criminal Division
Joint Law Center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-5571
Bar No: 397520 (Georgia)

The Court finds that the ends of justice are served by the granting of such a continuance outweigh the best interest of the public in a speedy trial because the defendant is absent.

Accordingly, the continuance is ALLOWED. The intervening time from 12/11/2013 to 2/12/2014 is excluded from speedy trial computation under 18 USC 3161.

This the 11 day of December, 2013.

United States Magistrate Judge